

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. *CR15-345 JFW*
                                )
                    Plaintiff,  )   ORDER OF DETENTION AFTER HEARING
                                )   (Fed.R.Crim.P. 32.1(a)(6)
          v.                    )   18 U.S.C. § 3143(a)
                                )   · Allegations of Violations of
*Aricema Aracely Gomez*         )     Probation/Supervised Release
                                )     Conditions)
                    Defendant.  )
                                )

     On arrest warrant issued by the United States District Court for
the *Central District of C.l* involving alleged violations of
conditions of probation/supervised release:

     1.   The court finds that no condition or combination of
          conditions will reasonably assure:

          A.   ( ✗ the appearance of defendant as required; and/or

          B.   ( ✗ the safety of any person or the community.

///
///
///
///
///

2.    The Court concludes:

A.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_See PSA report_

B.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: _11-22-16_

_____
Frederick F. Mumm
United States Magistrate Judge

2