FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) Case No.: CR15-345-JFW
            Plaintiff,                  )
                                  ) ORDER OF DETENTION PENDING
                                  ) FURTHER REVOCATION
          v.                             ) PROCEEDINGS
Aricema Aracely Gomez       ) (FED. R. CRIM. P. 32.1(a)(6); 18
                                  ) U.S.C. § 3143(a)(1))
            Defendant.              )

     The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      (✓)   information in the Pretrial Services Report and Recommendation

      (✓)   information in the violation petition and report(s)

      ( )   the defendant's nonobjection to detention at this time

      ( )   other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation
(✓) information in the violation petition and report(s)
( ) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 5/31/18

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE